UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | Criminal No. 19-10081-IT |
| | ) | |
| v. | ) | |
| | ) | |
| ALI KHOSROSHAHIN, | ) | |
| Defendant. | ) | |

## UNITED STATES' BILL OF PARTICULARS
## FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

Pursuant to, and without limiting in any manner the Forfeiture Allegations of the Indictment, the United States hereby gives notice that, pursuant to 18 U.S.C. § 1963(a), upon conviction of the Defendant, the United States intends to seek forfeiture of, without limitation, the following:

    a. $4,664.23 in funds from Schools First Federal Credit Union account number ******5612 held in the name of Ali Khosroshahin.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ *Carol E. Head*
CAROL E. HEAD, B.B.O. No. 652170
ERIC ROSEN
Assistant United States Attorneys
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Carol.Head@usdoj.gov

Dated: June 26, 2019

**Certificate of Service**

      I hereby certify that the United States' Bill of Particulars, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: June 26, 2019

/s/ *Carol E. Head*
CAROL E. HEAD
Assistant United States Attorney